# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lange, Roberto A. | 2. Court or Organization<br><br>District of South Dakota | 3. Date of Report<br><br>05/11/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| Suite 413<br>225 S. Pierre Street<br>Pierre, SD 57501 |

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Member | Eastman Lange LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastman Lange LLC | None | | L | W | | | | | |
| 2. New York Life universal policy from 1992 | A | Dividend | K | T | | | | | |
| 3. New York Life universal policy from 1995 | A | Dividend | K | T | | | | | |
| 4. First Bank & Trust account | A | Interest | K | T | | | | | |
| 5. Merrrill Lynch IRA brokerage account | | | | | | | | | |
| 6. --Assured Guaranty 7/1/24 bond (AG024) | B | Interest | K | T | | | | | |
| 7. --First Capital Strength ETF (FTCS) | A | Dividend | K | T | Buy | 05/09/19 | K | | |
| 8. --Goldman Sachs 6/15/20 bond (GS20B) | B | Interest | K | T | | | | | |
| 9. --HSBC 3/08/21 bond (HSBC21A) | A | Interest | K | T | | | | | |
| 10. --Nuveen Real Estate Securities (FARCX) | B | Int./Div. | L | T | Sold (part) | 03/08/19 | J | | |
| 11. --USD Aspen Ins. 11/15/23 bond (AHL23) | B | Interest | K | T | | | | | |
| 12. --Vanguard Total Stock Market (VTI) | D | Dividend | N | T | Buy (add'l) | 03/08/19 | J | | |
| 13. --Wellpoint 5/15/22 bond (ANTM22) | B | Interest | K | T | | | | | |
| 14. --Wells Fargo 2/13/23 bond (WFC23) | D | Interest | K | T | | | | | |
| 15. Merrill Lynch tax free bond acct (reconstituted in 2013; see notes) | | | | | | | | | |
| 16. --Oppenheimer Senior Class C (OOSCX) | B | Dividend | K | T | | | | | |
| 17. --Loomis Sayles Strategic (NECZX) | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Current 529 Plans (Y) (absolutely no control: see notes) | | | | | | | | | |
| 19. | --Scholar's Choice 529 Plan-- 1 | A | Dividend | J | T | | | | | |
| 20. | ----Scholar's Choice 529 Plan-- 2 | A | Dividend | K | T | | | | | |
| 21. | --Scholar's Choice 529 Plan-- 3 | A | Dividend | K | T | | | | | |
| 22. | Loan to and and | | None | K | V | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line items 5 through 14 of Part VII are part of one Merrill Lynch account that is an Individual Retirement Account ("IRA").  That IRA account was opened in late 2009 and funded at the inception of 2010 with monies from liquidation of Judge Lange's 401(k) account from his previous employment with Davenport, Evans, Hurwitz & Smith LLP.  An effort has been made to simplify investments in this account so as to simplify this annual disclosure.

Line items 15 through 17 of Part VII were part of a Merrill Lynch tax free bond portfolio that Judge Lange opened on July 25, 2011, with proceeds form sale of his interest in a residence in Lincoln County, South Dakota.

Line items 18 through 21 of Part VII disclose 529 college savings plans in existence since 2004 for the benefit of Judge Lange's _____.  Judge Lange originally opened these at Merrill Lynch, but they later were moved to Scholar's Choice without Judge Lange's involvement.  The custodian on the account and the account owner is not Judge Lange, but the _____ of the _____.  Disclosure of the 529 Plans were overlooked prior to the disclosure of 2011.  The original 529 Plans were replaced through transactions on April 9 and 13, 2012, establishing new 529 Plans with the same funds.  Judge Lange has no investment control over his _____ 529 Plans, and is neither custodian nor account owner.  The effort in disclosing those plans is both for the sake of utter completeness in this disclosure and continuity in the annual disclosures.

Line item 22 references a loan made by Judge Lange in September of 2016 to his _____, _____ and _____ to assist them and their _____.  Value method code "V" is used as the value is considered to be the amount owed under a promissory note.

Judge Lange revised his Merrill Lynch investment approach substantially in 2016 to simplify and streamline this disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roberto A. Lange**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544